# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McAuliffe, Barbara A. | Eastern District of California, Fresno Division | 07/02/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>**to**<br>12/31/2013 |

**7. Chambers or Office Address**

Magistrate Judge Barbara A. McAuliffe
Robert E. Coyle U.S. Courthouse
2500 Tulare St.
Fresno, CA 93721

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | DeVry University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Barbara A. | 07/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/13 | DeVry University, payment for teaching services | $5,900.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ▓▓▓▓▓ | 6/28/2013 to 7/03/2013 | Maui, Hawaii | pleasure/vacation | airfare and other lodging |
| 2. | ▓▓▓▓▓ | 12/27/13 to 12/29/13 | Las Vegas, Nevada | pleasure/vacation | airfare and other lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Barbara A. | 07/02/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ▨▨▨▨▨▨ | Jewelry | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Barbara A. | 07/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Premier Valley Bank | A | Interest | K | T | | | | | |
| 2. Charles Schwab (401K) | | | | | | | | | |
| 3. --Schwab US Tres. money fund | A | Interest | J | T | | | | | |
| 4. --Bank of America | A | Int./Div. | K | T | | | | | |
| 5. --Am Fund cap world growth | A | Dividend | K | T | | | | | |
| 6. --Dodge&Cox IntlStck Fund | A | Dividend | J | T | | | | | |
| 7. --Advisor Disciplined Trust UT 437 adv corp Tr Navlr | A | Dividend | J | T | | | | | |
| 8. AT&T | A | Dividend | J | T | | | | | |
| 9. Blackrck Cr Allc Inc III | A | Dividend | J | T | | | | | |
| 10. Blackrock cr Incm Tr | A | Dividend | J | T | | | | | |
| 11. Calamos Strat Tot Return | A | Dividend | J | T | | | | | |
| 12. Blackrock Enh Eq Div Tr | A | Dividend | J | T | | | | | |
| 13. Chevron | A | Dividend | J | T | | | | | |
| 14. Cohen &Steers PFd Inc | A | Dividend | J | T | | | | | |
| 15. Cohen&Steers Infra FD | A | Dividend | J | T | | | | | |
| 16. FirstEnergy Corp | A | Dividend | J | T | | | | | |
| 17. Integrys Energy Crp Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Barbara A. | 07/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 19. Kinder Morgan Energy LP | B | Distribution | K | U | | | | | |
| 20. Kraft Foods | A | Dividend | J | T | | | | | |
| 21. Legg Batry Intl Eq C | A | Dividend | J | T | | | | | |
| 22. Nuveen Prem Inc Mun Op | A | Dividend | J | T | | | | | |
| 23. Nuveen Diversified Div Inc | A | Dividend | J | T | | | | | |
| 24. Nuveen Real Estate Inc. | A | Dividend | J | T | | | | | |
| 25. Nuveen Qual Pfd Inc Fd 2 | A | Dividend | J | T | | | | | |
| 26. Nuveen Qual Pfd Inc Fd 3 | A | Dividend | J | T | | | | | |
| 27. Nuveen Credit Strat Incm | A | Dividend | J | T | | | | | |
| 28. Pfizer Inc | A | Dividend | J | T | | | | | |
| 29. Southern Company | A | Dividend | J | T | | | | | |
| 30. Weingarten Rlty Invs SBI | A | Dividend | J | T | | | | | |
| 31. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 32. Xcel Energy | A | Dividend | J | T | | | | | |
| 33. Ford Motor 6.5 corporate bond | A | Interest | J | U | | | | | |
| 34. East Baton Rouge, La Municipal Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Barbara A. | 07/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lafayette, La Municipal Bond | A | Interest | J | T | | | | | |
| 36. Louisiana State University bond | A | Interest | | | Matured | 07/01/13 | J | | |
| 37. Port of New Orleans, La Municipal Bond | A | Interest | | | Matured | 04/01/13 | J | | |
| 38. St. Bernard, La Municipal Bond | A | Interest | J | T | | | | | |
| 39. St. John, La Municipal Bond | A | Interest | J | T | | | | | |
| 40. Tobacco, La Municipal bond | A | Interest | | | Matured | 07/18/13 | J | | |
| 41. Sterne Agee Cas Tr Ser Treas Money market fund | A | Interest | K | T | | | | | |
| 42. Calcasieu Parish LA Sch Dist (X) | A | Interest | J | T | Buy | 07/19/13 | J | | |
| 43. Vanguard Balanced Index Fund | A | Dividend | K | T | Buy | 05/10/13 | K | | |
| 44. Vanguard Total Stock Market Admiral Fund | A | Dividend | K | T | Buy | 05/10/13 | K | | |
| 45. Vanguard 500 Index Fund Admiral | A | Dividend | K | T | Buy | 05/10/13 | K | | |
| 46. ING Senior Income | A | Int./Div. | K | T | Buy | 04/25/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Barbara A.** | 07/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Source of money for purchase of Vanguard Funds came from further distribution from ▮▮▮▮▮▮▮

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara A. McAuliffe**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544